IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Jointly Administered |
| | : | Case No. 02-10429 (JKF) |
| KAISER ALUMINUM CORPORATION, | : | |
| a Delaware corporation, et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Hearing Date: 01/18/2005 |
| | : | Re: Docket Nos. 5592, 5857 and 5864 |
| | : | Agenda Item: 2 |

MODIFIED   ORDER DENYING
LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION FOR
RECONSIDERATION OF THE COURT'S STAY OF LAW DEBENTURE TRUST
COMPANY OF NEW YORK'S OBJECTION TO CERTAIN PROOFS OF
CLAIM FILED BY THE PENSION BENEFIT GUARANTY CORPORATION

This matter coming before the Court on Law Debenture Trust Company of New York's Motion for Reconsideration of the Court's Stay of Law Debenture Trust Company of New York's Objection to Certain Proofs of Claim Filed by the Pension Benefit Guaranty Corporation [Docket No. 5592] (the "Motion"); the Court having reviewed the objection to the Motion filed by the above-captioned debtors and debtors in possession [Docket No. 5864]; the Court having reviewed the response to the Motion filed by the Pension Benefit Guaranty Corporation [Docket No. 5857]; the Court having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court on January 18, 2005 (the "Hearing"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion and Hearing was sufficient under the circumstances; and the Court having determined that the relief sought in the Motion should be denied:

DLI-5897190v1

-2-

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED with prejudice for the reasons expressed on the record at the Hearing. on Jan. 18, 2005. However, Debtors were ordered to and did, after the hearing, submit a formal Objection to the PBGC's Proof of Claim.

Dated: 1/24, 2005

_____
UNITED STATES BANKRUPTCY JUDGE