**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **KAISER ALUMINUM CORPORATION, a Delaware corporation, *et al.*,** | ) | **Case No. 02-10429 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | **Hearing Date: 2/23/2005 at 9:00 a.m.** |
| | ) | **Objection Deadline: 2/16/2005 at 4:00 pm** |

**JOINDER OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, IN RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISCLOSURE STATEMENTS OF ALPART JAMAICA INC., KAISER JAMAICA CORPORATION, KAISER ALUMINA AUSTRALIA CORPORATION AND KAISER FINANCE CORPORATION (RE: DOCKET NO. 6188)**

U.S. Bank National Association, as indenture trustee, ("U.S. Bank") for the holders of 9 7/8% Senior Notes issued in 1999 and the 10 7/8% Senior Notes issued in 1996, respectfully files this Joinder to the Response of the Official Committee of Unsecured Creditors to the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Joint Plan of Liquidation for Alpart Jamaica Inc., Kaiser Jamaica Corporation and to the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation (the "Committee Response") and in support of this Joinder respectfully represents as follows:

1. U.S. Bank serves as indenture trustee for the holders of the 9 7/8% Senior Notes and the 10 78% Senior Notes and is a member of the Official Committee of Unsecured Creditors (the "Committee").

2.      On February 11, 2005, the Debtors filed the Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Joint Plan of Liquidation for Alpart Jamaica Inc and Kaiser Jamaica Corporation (Docket No. 6144) and the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation (Docket No. 6147) (the "Amended Disclosure Statements"). Discussions continue between the Committee and the Debtors regarding changes to the Amended Disclosure Statements.

3.      U.S. Bank hereby joins in the Committee Response supporting approval of the Disclosure Statements, subject to the Debtors making certain contemplated revisions to them.

4.      Without limiting the foregoing, U.S. Bank, through the Committee and otherwise, has asked the Debtors to clarify whether the Amended Disclosure Statements' estimations of the recovery to 9 7/8% Holders (in the event that Liverpool is successful in asserting its legal positions) reflect only Liverpool's estimations, or whether they represent the Debtors' independent estimation or assessment. The Debtors have indicated that they do not reflect the Debtors' assessment. Specifically in the "Uses of Cash" sections of both Amended Disclosure Statements, the scenario referred to as "Scenario D" indicates a range of outcomes for the 9 7/8% Senior Noteholders between $126.2 and $131.3 Million in the case of the Kaiser Alumina Australia Corporation and Kaiser Finance Corporation Plan, and $95.6 to $95.7 Million in the case of the Alpart Jamaica Inc. and Kaiser Jamaica Corporation Plan. See Amended Disclosure Statements at pp 20-22. As currently drafted, the Amended Disclosure Statements are misleading because they incorrectly give the impression that the Debtors have analyzed Liverpool's position and agree with Liverpool regarding these ranges when in fact they really

represent only Liverpool's position with respect to its most favorable litigation outcome. U.S. Bank understands that the Debtors have agreed to clarify that its description of "Scenario D" does not constitute the Debtors' estimation of that outcome, but rather constitutes only Liverpool's estimation.

5. In order to meet the "adequate information" test of 11 U.S.C. § 1125, the Amended Disclosure Statements need to be amended to clarify that the description of the Scenario D outcomes represents Liverpool's assessment of what the holders of 9 7/8% Senior Noteholders would obtain if it were successful, and not the Debtors' estimation.

6. U.S. Bank takes no position at this time with respect to the merits of the Liverpool theory.

Dated: February 17, 2005      FERRY, JOSEPH & PEARCE, P.A.

By : /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555

-and-

Clark T. Whitmore, Esquire
Christina A. Smith, Esquire
MASLON,EDELMAN,BORMAN
& BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8335

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE**