UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: KAISER ALUMINUM CORP., et al. ) ) | |
| LAW DEBENTURE TRUST COMPANY ) OF NEW YORK, ) ) | |
| Appellant ) ) | C.A. No. 05-135 (JJF) |
| v. ) ) | |
| KAISER ALUMINUM CORP., et al. ) ) | Bankruptcy Case No. 02-10429 |
| Appellee ) ) | |
| LAW DEBENTURE TRUST COMPANY ) OF NEW YORK, ) ) | |
| Appellant ) ) | C.A. No. 05-136 (JJF) |
| v. ) ) | |
| KAISER ALUMINUM CORP., et al. ) ) | Bankruptcy Case No. 02-10429 |
| Appellee ) ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of James L. Eggeman, Esquire and Kathleen M. Miller, Esquire as counsel of record on behalf of Pension Benefit Guaranty Corporation, an agency of the United States Government. Copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and telecopy and telephone number:

10001710.WPD
04062/PBGC

| | |
|---|---|
| James L. Eggeman, Esq. | Kathleen M. Miller, Esq. |
| Pension Benefit Guaranty Corporation | Smith Katzenstein & Furlow LLP |
| Office of General Counsel | 800 Delaware Avenue, 7th Floor |
| 1200 K Street, N.W., Suite 340 | P.O. Box 410 |
| Washington, D.C. 20005-4026 | Wilmington, DE 19899 |
| Telephone: (202) 326-4020 | Courier: 19801 |
| Telecopy: (202) 326-4112 | Telephone: (302) 652-8400 |
| E-mail: Eggeman.James@pbgc.gov | Telecopy: (302) 652-8405 |
| | E-mail: Kmiller@skfdelaware.com |

Dated: April 13, 2005      SMITH, KATZENSTEIN & FURLOW LLP


_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Pension Benefit Guaranty Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this **13th** day of **April, 2005** a copy of the foregoing **Entry of Appearance** was served by e-filing on following parties:

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904
P.O. Box 1351
Wilmington, DE 19899

Francis A. Monaco, Jr.
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

_____
Kathleen M. Miller (ID No. 2898)