# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William H. Sudell, Jr.
302 575 7284
302 425 4685 Fax
wsudell@mnat.com



April 26, 2005

**VIA HAND-DELIVERY**

Ms. Monica Mosley
Office of the Clerk
United States District Court
District of Delaware
844 King Street, Lockbox 18
U.S. Courthouse
Wilmington, DE 19801

      Re:   *Law Debenture Trust Company of New York v. Kaiser Aluminum Corp. and Pension Benefit Guaranty Corporation, 05-CV-00135 (UNA) JJF*

Dear Ms. Mosley:

      I write to report that I conducted a mediation in the referenced appeals from the Bankruptcy Court on April 21 and 25, 2005. The appeals were not resolved through mediation.

      If you have any questions, please do not hesitate to contact me.

                      Sincerely yours,

                      William H. Sudell, Jr.

WHS/clh
cc:   Tina N. Moss, Esquire
       James Eggeman, Esquire
       Richard A. Chesley, Esquire
       William Bowden, Esquire
       Lisa Beckerman, Esquire

462237