```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE

IN RE:                           :
                                 :
KAISER ALUMINUM CORP., et al.,   : Bankruptcy Case 02-10429 (JKF)
                                 :
       Debtors.                  :
_____:_____
LAW DEBENTURE TRUST COMPANY      :
OF NEW YORK,                     :
                                 :
       Appellant,                :
                                 :
  v.                             : Civil Action No. 05-135 JJF
                                 :
KAISER ALUMINUM CORP., et al.,   :
                                 :
       Appellees.                :
_____:_____
LAW DEBENTURE TRUST COMPANY      :
OF NEW YORK,                     :
                                 :
       Appellant,                :
                                 :
  v.                             : Civil Action No. 05-136 JJF
                                 :
KAISER ALUMINUM CORP., et al.,   :
                                 :
       Appellees.                :
```

## <u>O R D E R</u>

WHEREAS, Appellant, Law Debenture Trust Company of New York, filed a Motion to Consolidate the above-captioned appeals (D.I. 5);

WHEREAS, by letter, the Court has been advised that the Motion to Consolidate is unopposed (D.I. 7, and 9);

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned appeals shall be consolidated into Civil Action No. 05-135 and all future filings shall be captioned and filed in

accordance with this order.

May 3, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE