UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| KAISER ALUMINUM CORP., et al., | : | Bankruptcy Case 02-10429 (JKF) |
| Debtors. | : | |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 05-135 (JJF) |
| KAISER ALUMINUM CORP., et al., | : | |
| Appellees. | : | |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 05-136 (JJF) |
| KAISER ALUMINUM CORP., et al., | : | |
| Appellees. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2005, the Court electronically filed an **Order** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Daniel J. DeFranceschi
defranceschi@rlf.com, rbgroup@rlf.com

Kathleen M. Miller
kmiller@skfdelaware.com,
mcm@skfdelaware.com

Francis A. Monaco, Jr.
fmonaco@monlaw.com,
hsasso@monlaw.com

Theodore J. Tacconelli
ttacconelli@ferryjoseph.com

RLF1-2871392-1

I herby certify that on May 3, 2005, I mailed via the United States Postal Service the **Order** to the following non-registered participants:

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 1899

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

James L. Eggeman
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4023

_/s/ Kimberly D. Newmarch_
Daniel J. DeFranceschi (DE 2732)
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: 302-651-7700
Fax: 302-651-7701
defranceschi@rlf.com
newmarch@rlf.com

RLF1-2871392-1