# PRYOR CASHMAN SHERMAN & FLYNN LLP

NEW YORK  ALBANY  LOS ANGELES

410 PARK AVENUE, NEW YORK, NY 10022-4441  TEL: 212-421-4100  FAX: 212-326-0806

www.pryorcashman.com

TINA NIEHOLD MOSS

DIRECT TEL: 212-326-0421
DIRECT FAX: 212-798-6355
tmoss@pryorcashman.com

May 3, 2005

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, Delaware 19801

Re: **In re Kaiser Aluminum Corp. et al., Civil Action No. 05-00135 (JJF)**

Dear Judge Farnan:

This firm represents Law Debenture Trust Company of New York ("LDTC"), the appellant in the above-referenced matter on appeal from two orders of the United States Bankruptcy Court for the District of Delaware. The court-ordered mediation process did not result in a resolution of either of the two appeals, which were subsequently consolidated by Order of the Court dated May 3, 2005. It is our understanding that this Court will now establish a briefing and argument schedule. Because of the connection of these appeals to matters pending before the Bankruptcy Court, by this letter LDTC respectfully requests expedited consideration of the appeals and a corresponding briefing schedule.

The central issues presented in the consolidated appeal are (i) whether the Bankruptcy Court erred in declining to consider the merits of LDTC's objection pursuant to Section 502 of the Bankruptcy Code to the claims of the Pension Benefit Guaranty Corporation (the "PBGC") in favor of considering the Debtors' subsequently filed motion pursuant to Federal Rule of Bankruptcy Procedure 9019 to approve a proposed settlement between the Debtors and PBGC of those claims (the "PBGC Settlement"), and (ii) whether the Bankruptcy Court erred in approving the PBGC Settlement. The PBGC Settlement is incorporated into the proposed plans of reorganization for four of the Debtors' estates (the "Alumina Estate Plans), which plans are currently the subject of confirmation hearings pending before the Bankruptcy Court. The Alumina Estate Plans provide for a cash distribution to the PBGC on account of its claims against the Debtors. The Bankruptcy Court has established a post-hearing briefing schedule in connection with confirmation of the Alumina Estate Plans that will conclude on June 3, 2005. Therefore, we expect that the Bankruptcy Court will render its opinion with respect to confirmation of the Alumina Estate Plans sometime thereafter.

Also pending before the Bankruptcy Court is LDTC's motion to stay the order approving the PBGC Settlement (the "Stay Motion"). In their responses to the Stay Motion, the Debtors and the PBGC have asserted that they have already taken certain steps to

PRYOR CASHMAN SHERMAN & FLYNN LLP

Honorable Joseph J. Farnan, Jr.
May 3, 2005
Page 2

implement the PBGC Settlement. The Bankruptcy Court has determined that it will consider the Stay Motion after it has rendered its decision with respect to confirmation of the Alumina Estate Plans.

Given the procedural posture of this matter in the Bankruptcy Court, we expect that the Bankruptcy Court will rule with respect to confirmation of the Alumina Estate Plans, which embody the PBGC Settlement, before a hearing would ordinarily be conducted by this Court on the pending appeal. Accordingly, LDTC respectfully requests that this Court adopt an accelerated briefing schedule and take all other steps the Court deems appropriate to expedite its consideration of the appeal. LDTC is prepared to submit its brief on appeal within ten (10) days hereof.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Tina Niehold Moss

cc:   (all by facsimile)
      David Klauder, Esq., Office of the United States Trustee
      Daniel J. DeFranceschi, Esq.
      Gregory M. Gordon, Esq.
      Lisa A. Beckerman, Esq.
      Francis A. Monaco, Jr., Esq.
      Kathleen M. Miller, Esq.
      William P. Bowden, Esq.
      Theodore J. Tacconelli, Esq.
      Evan D. Flaschen, Esq.
      Mr. Patrick M. Healy, Vice President,
         Law Debenture Trust Company of New York

## **CERTIFICATE OF SERVICE**

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via facsimile on May 3, 2005 upon:

Frank J. Perch, III, Esq.
David Klauder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801
Fax (302) 573-6497

Daniel J. DeFranceschi, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Fax: 302 651 7701
Email: defranceschi@rlf.com

Gregory M. Gordon, Esq.
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Telecopier: 214-969-5100

Lisa A. Beckerman, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022-2524
Telephone: 212-872-1000
Fax: 212-872-1002

Francis A. Monaco, Jr., Esq.
Monzack and Monaco, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162 x 229
(302) 656-2769 (fax)

Document #: 43352

Kathleen M. Miller, Esq.
Smith, Katzenstein, & Furlow
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400 phone
(302) 652-8405 fax
Email: kmiller@skfdelaware.com

William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Phone: 302-654-1888
Fax: 302-654-2067

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904, P.O. Box 1351
Wilmington, Delaware 19899
Telephone: 302-575-1555
Fax: 302-575-1714

Evan D. Flaschen, Esq.
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103
Telephone: 860-240-2700
Telefax: 860-240-2800

Patrick M. Healy
Law Debenture Trust Company of New York
767 Third Avenue, 31st Floor
New York, NY  10017
Fax:  (212) 750-1361

Document #: 43352

James L. Eggeman
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
(202) 326-4020 telephone
(202) 326-4112 facsimile

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 3, 2005

*Kristie L. Dalton*