```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

IN RE:                              :
                                    :
KAISER ALUMINUM CORP., et al.,      :   Bankruptcy Case 02-10429 (JKF)
                                    :
       Debtors.                     :
_____     _____
LAW DEBENTURE TRUST COMPANY         :
OF NEW YORK,                        :
                                    :
       Appellant,                   :
                                    :
      v.                            :   Civil Action No. 05-135 JJF
                                    :   (Consolidated)
KAISER ALUMINUM CORP., et al.,      :
                                    :
       Appellees.                   :

## O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was referred to mediation on March 15, 2005;

WHEREAS, by letter, the Court has been notified that the appeals were not resolved through mediation (D.I. 8);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed withing **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10)**

days of receipt of answering brief.

May 3, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE