# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

May 5, 2005

Tina Niehold Moss, Esquire
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, NY 10022-4441

RE: In Re: Kaiser Aluminum Corp., et al.
<u>Civil Action No. 05-135 JJF</u>

Dear Ms. Moss:

I have your May 2, 2005 letter requesting a briefing schedule. Prior to receipt of your letter on May 4, I entered the enclosed Order. Once briefing is complete, I will determine if argument is appropriate.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Daniel J. DeFranceschi, Esq. (w/o encl.)
Francis A. Monaco, Jr., Esq. (w/o encl.)
Kathleen M. Miller, Esq. (w/o encl.)
William P. Bowden, Esq. (w/o encl.)
Theodore J. Tacconelli, Esq. (w/o encl.)
Clerk, U.S. District Court (w/o encl.)