## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on June 2, 2005, I caused one copy of the foregoing to be served on the persons on the attached service list by first class United States mail, postage prepaid, unless otherwise indicated.

William P. Bowden (#2553)

**KAISER ALUMINUM**
**SERVICE LIST FOR BRIEF OF THE**
**OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS**

HAND DELIVERY
Daniel J. DeFranceschi
Kimberly D. Newmarch
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

HAND DELIVERY
David M. Klauder
Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

HAND DELIVERY
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE 19899

HAND DELIVERY
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

HAND DELIVERY
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
Wilmington, DE 19899-1347

HAND DELIVERY
Sharon Zieg
Young Conaway Stargatt & Taylor
The Brandywine Building, 17th Floor
Wilmington, DE 19801-0391

HAND DELIVERY
Frederick A. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

HAND DELIVERY
Francis A. Monaco, Jr.
Monzack & Monaco
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

HAND DELIVERY
Theodore J. Tacconelli
Ferry Joseph & Pearce
824 Market Street, Suite 904
Wilmington, DE 19801

HAND DELIVERY
Carl N. Kunz, III
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Evan D. Flaschen
Bingham McCutchen
One State Street
Hartford, CT 06103

Gregory M. Gordon, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201

Patrick M. Healy
Law Debenture Trust Company of New York
767 Third Avenue, 31st Floor
New York, NY 10017

James L. Eggeman
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, NW, Suite 340
Washington, DC 20005-4026

Daniel P. Winnika, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201

Nick Bowen
Jones Day
2727 North Harwood St.
Dallas, TX 75201

Edward Houff, Tammy Nero
Lynn Stewart, Leigh Ann Clifford
Kaiser Aluminum Corporation
C/o Jones Day
717 Texas, Suite 3300
Houston, TX 77002

John Donnan
Kaiser Aluminum Corporation
27422 Portola Parkway, Suite 350
Foothill Ranch, CA 92610-2831

Timothy R. Pohl
Chris L. Dickerson
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Lisa Hill Fenning
Dewey Ballantine LLP
333 South Grand Ave., 26th Floor
Los Angeles, CA 90071

Martin J. Murphy
Davis & Young
1700 Midland Blvd., 101 Prospect Av
Cleveland, OH 44115-1027

Alan Gover
Dewey Ballantine LLP
700 Louisiana, Suite 1900
Houston, TX 77002-2725

Peter Van N. Lockwood
Ronald R. Reinsel
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, DC 20005-5802

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614

David S. Heller
Peter Pinnow
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lisa Beckerman, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Ari Lefkovits
Lazard Freres & Company LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

Warren H. Smith
Steve Bossay
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

Frederick D. Holden, Jr.
Orrick Herrington & Sutcliffe
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

Anne M. Ferazzi
Legal Representative for Future Silica
Claimants
11923 Winwood
Houston, TX  77024

Brian Kilmer
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, Texas  77002

Kathleen M. Logan
Logan and Company
546 Valley Road
Upper Montclair, NJ 07043

Daniel K. Hogan
1311 Delaware Avenue
Wilmington, DE  19806

Sander L. Esserman
Peter C. D'Apice
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX  75201

Kathleen M. Miller
Smith Katzenstein & Furlow
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

Tina Niehold Moss, Esq.
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, NY  10022-4441