## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2005, a copy of the Answering Brief of Appellee Pension Benefit Guaranty Corporation was served electronically and by hand delivery on local counsel and by first-class mail on the remaining parties:

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Francis A. Monaco, Jr.
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Frank J. Perch, III, Esq.
David Klauder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

Gregory M. Gordon, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

Lisa A. Beckerman, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899

Evan D. Flaschen, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Carl N. Kunz, III, Esq.
Morris, James, Hitchens &
Williams, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Tina Niehold Moss, Esq.
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, NY 10022

/s/ Kathleen M. Miller
Kathleen M. Miller