IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| KAISER ALUMINUM CORP., et al., | Bankruptcy Case 02-10429 (JKF) |
| Debtors. | |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | |
| Appellant, | |
| v. | Civil Action No. 05-135 JJF |
| KAISER ALUMINUM CORP., et al., | |
| Appellees. | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

### REPLY BRIEF FOR APPELLANT

June 13, 2005

**MONZACK AND MONACO, PA**
Francis A. Monaco, Jr., Esq. (#2078)
1201 No. Orange Street, Suite 400
Wilmington, Delaware 19899
Telephone: (302) 656-8162

**PRYOR CASHMAN SHERMAN & FLYNN LLP**
Tina Niehold Moss, Esq.
Steven M. Rabinowitz, Esq.
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100

*Attorneys for Appellant*

# TABLE OF CONTENTS

Table of Authorities ................................................................................................................ ii

I. Appellees Have Failed To Demonstrate That The Bankruptcy Court's Determination To Hear And Consider The Debtors' Motion To Approve The PBGC Settlement And Dismiss The LDTC Claim Objection As Moot Was Proper. ........................................................................... 1

II. Appellees Have Failed To Point To Any Cognizable Evidence Supporting Their Assertions Regarding The Good Faith And Arm's Length Nature Of The Settlement Of The PBGC's Unfunded Benefit Liability Claims And All Of The Relevant Evidence Supports A Contrary Conclusion. ............................................................................................ 3

III. Appellees Have Failed To Demonstrate The Reasonableness Of The PBGC Settlement. ......................................................... 6

IV. The Issue Of LDTC'S Standing To Object To The PBGC Claims Is Not Before This Court On Appeal; Alternatively, LDTC Has The Requisite Standing To Prosecute The LDTC Claim Objection. ........................................................ 13

Conclusion ............................................................................................................................ 19

# TABLE OF AUTHORITIES

**CASES**            **PAGE(S)**

Adair v. Sherman,
   230 F.3d 890 (7th Cir. 2000) ............................................................................... 15

In re CF&I Fabricators of Utah, Inc.,
   150 F.3d 1293 (10th Cir. 1998) ..................................................................... 8, 9, 10, 11

CSC Industrial, Inc.,
   232 F.3d 505 (6th Cir. 2000) ......................................................................... 8, 9, 10, 11

Caminetti v. United States,
   242 U.S. 470 (1917) ............................................................................................ 14

In re Charter Compensation,
   68 B.R. 225 (Bankr. M.D. Fla. 1986), aff'd, 81 B.R. 644 (M.D. Fla. 1987),
   aff'd, 862 F.2d 1500 (11th Cir. 1989) ................................................................ 16

In re Combustion Engineering,
   391 F.3d 190 (3d Cir. 2004) ................................................................................. 1

Crefisa, Inc. v. Washington Mutual Bank, F.A. (In re Colonial Mortgage Bankers Corp.),
   186 F.3d 46 (1st Cir. 1999) .................................................................................. 5

In re Dow Corning Corp.,
   244 B.R. 721 (Bankr. E.D. Mich. 1999),
   rev'd on other grounds, 255 B.R. 445 (E.D. Mich. 2000) ............................... 3, 17

Fred Reuping Leather Co. v. Fort Greene National Bank
(In re Honesdale Union Stamp Shoe Co.),
   102 F.2d 372 (3d Cir. 1939) ............................................................................. 3, 18

Griffin v. Oceanic Contractors, Inc.,
   458 U.S. 564 (1982) ............................................................................................ 15

Halvajian v. Bank of New York (In re Halvajian),
   216 B.R. 502 (D.N.J. 1998), aff'd, 168 F.3d 478 (3d Cir. N.J. 1998) .................... 5

Lawrence v. Steinford Holding B.V. (In re Dominelli),
   820 F.2d 313 (9th Cir. 1987) ............................................................................ 3, 18

Lujan v. Defenders of Wildlife,
   504 U.S. 555 (1992) ............................................................................................ 17

**CASES**                                                                                                          **PAGE(S)**

Main, Inc. v. Blatstein,
    1999 WL 424296 (E.D. Pa. 1999) ............................................................................................ 14

In re Metropolitan Hospital,
    110 B.R. 731 (Bankr. E.D. Pa. 1990), aff'd, 131 B.R. 283 (E.D. Pa. 1991) ............... 15, 16

Myers v. Martin (In re Martin),
    91 F.3d 393 (3d Cir. 1996) ................................................................................................ 6, 7

Pension Benefit Guaranty Corp. v. Kaiser Aluminum Corp., et al.,
    Civ. No. 04-145, 2005 U.S. Dist. LEXIS 5106 (D. Del. March 30, 2005) ........................ 8

Raleigh v. Illinois Department of Revenue,
    30 U.S. 15 (2000) ........................................................................................................ 9, 10, 11

Siewert v. Christy
(In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson & Casey),
    194 B.R. 728 (S.D.N.Y. 1995) ............................................................................................ 5

In re US Airways Group, Inc., ,
    303 B.R. 784 (Bankr. E.D. Va. 2003) ................................................................ 8, 9, 10, 11

United States v. Ron Pair Enterprises, Inc.,
    489 U.S. 235 (1989) ...................................................................................................... 14, 15

Valley Forge Christian College v. Americans United for Separation of
Church and State, Inc.,
    454 U.S. 464 (1982) ............................................................................................................ 17

**STATUTES**

11 U.S.C. § 502 (West 2004) .......................................................................................... 1, 2, 18

11 U.S.C. § 502(a) (West 2004) ........................................................................................ 15, 16

11 U.S.C. § 1109(b) (West 2004) ...................................................................................... 15, 16

**OTHER AUTHORITY**

Federal Rule of Bankruptcy Procedure 8006 ........................................................................ 14

Federal Rule of Bankruptcy Procedure 9019 ........................................................... 1, 2, 18, 19