IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORPORATION, | : | Bankruptcy Case No. 02-10429-JKF |
| a Delaware corporation, | : | |
| et al., | : | |
| | : | |
| Debtors. | : | |
| | : | |
| LAW DEBENTURE TRUST COMPANY, | : | |
| OF NEW YORK, | : | |
| | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 05-135-JJF |
| | : | (Consolidated) |
| KAISER ALUMINUM CORPORATION, | : | |
| et al., | : | |
| | : | |
| Appellees. | : | |

**FINAL ORDER**

At Wilmington, this ___ day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Bankruptcy Court's January 25, 2005 Order approving the settlement agreement between the Debtors and the Pension Benefit Guaranty Corporation is **AFFIRMED**.

2. The Bankruptcy Court's January 25, 2005 Order Denying Law Debenture Trust Company of New York's Motion For Reconsideration of the Court's Stay of Law Debenture Trust Company of New York's Objection To Certain Proofs Of Claim Filed By The Pension Benefit Guaranty Corporation" is **AFFIRMED**.

_____
UNITED STATES DISTRICT JUDGE