UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KAISER ALUMINUM CORP., et al., | : | Bankruptcy Case 02-10429 (JKF) |
| | : | |
| Debtors. | : | |
| _____ | : | _____ |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-135 (JJF) |
| | : | |
| KAISER ALUMINUM CORP., et al., | : | |
| | : | |
| Appellees. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2006, the Court electronically filed a

**Memorandum Opinion [Docket No. 23]** and **Order [Docket No. 24]** and with the Clerk of Court

using CM/ECF which will send notifications of such filing to the following:

Daniel J. DeFranceschi
defranceschi@rlf.com, rbgroup@rlf.com

Kathleen M. Miller
kmiller@skfdelaware.com,
mcm@skfdelaware.com

Francis A. Monaco, Jr.
fmonaco@monlaw.com,
hsasso@monlaw.com

Theodore J. Tacconelli
ttacconelli@ferryjoseph.com

RLF1-2871392-1

I herby certify that on March 13, 2006, I mailed via the United States Postal Service the **Memorandum Opinion [Docket No. 23l** and **Order [Docket No. 24]** to the following non-registered participants:

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 1899

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

James L. Eggeman
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4023

Dated: March 13, 2006
         Wilmington, Delaware

                                                             */s/ Kimberly D. Newmarch*
                                                             Daniel J. DeFranceschi (DE 2732)
                                                             Kimberly D. Newmarch (DE 4340)
                                                             Richards, Layton & Finger, P.A.
                                                             One Rodney Square
                                                             P.O. Box 551
                                                             Wilmington, DE 19899
                                                             Tel: 302-651-7700
                                                             Fax: 302-651-7701
                                                             defranceschi@rlf.com
                                                             newmarch@rlf.com

RLF1-2871392-1